UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | **2:16-mj-354-PAL** |
| | ) | |
| Plaintiff, | ) | **ORDER CONTINUING** |
| | ) | **PRELIMINARY HEARING** |
| vs. | ) | |
| | ) | |
| BYRON DARIO PAUL CRUZ, | ) | |
| | ) | |
| Defendant. | ) | |

## **ORDER**

Based on the pending Stipulation of counsel, and good cause appearing therefore, **IT IS HEREBY ORDERED**, that the preliminary hearing in the above-captioned matter, currently scheduled for June 10, 2016, at the hour of 4:00 p.m., be vacated and continued to _____Monday, July 11_____, 2016 at the hour of ____4:00____ ____p.m.

_____
UNITED STATES MAGISTRATE JUDGE